National Bank. No opinion. Motion denied. Order filed.

---

NOURSE v. LEXINGTON DIME SAVINGS & LOAN ASS'N et al. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) In the matter of the claim of Oliver W. Nourse against the Lexington Dime Savings & Loan Association and another. No opinion. Upon the court's own motion, order entered and directed to be served upon the attorneys for the respective parties.

---

NOURSE v. LEXINGTON DIME SAVINGS & LOAN ASS'N et al. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) In the matter of the claim of Oliver W. Nourse against the Lexington Dime Savings & Loan Association and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall, within 60 days from the date of service of a copy of this order, together with notice of entry hereof, file and serve the printed papers on appeal, as provided by rule 41, in which event the motion is denied, without costs.

---

NOWAK, Respondent, v. WATERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by David Nowak against Morris Waters and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re O'BRIEN. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the application of George C. O'Brien for admission to the bar. No opinion. Application granted.

---

O'CONNOR, Appellant, v. CITY OF NEW YORK, Respondent (two cases). (Supreme Court, Appellate Division, First Department. June 7, 1907.) Actions by Margaret O'Connor and by John O'Connor against the city of New York. D. A. Holmes, for appellants. T. Connoly, for respondent. No opinion. Determination in each case affirmed, with costs, and judgment ordered for defendant, with costs, on opinion of DOWLING, J., in the court below. 101 N. Y. Supp. 295. Orders filed.

---

O'CONNOR v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by John O'Connor against the city of New York. No opinion. Motion granted. Order filed.

---

O'CONNOR v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Margaret O'Connor against the city of New York. No opinion. Motion granted. Order filed.

---

O'GORMAN, Respondent, v. ARMOUR & CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by James F. O'Gorman against Armour & Co.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and COCHRANE, JJ., dissent.

---

O'GORMAN, Respondent, v. ARMOUR & CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by James F. O'Gorman against Armour & Co. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

---

MANUEL et al., Appellants, v. NATHAN, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Emanuel Manuel and another against George W. Nathan. W. P. Frank, for appellants. D. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal, as stated in order. Order filed.

---

O'GORMAN, Respondent, v. PEOPLE'S GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by James R. O'Gorman against the People's Gas & Electric Company. No opinion. Judgment and order affirmed, with costs.

---

O'HAGAN, Appellant, v. NYACK COUNTRY CLUB, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Thomas O'Hagan against the Nyack Country Club. W. L. Mathot, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

OPPENHEIM, Respondent, v. ENGLANDER, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by William Oppenheim against Beethoven Englander. M. H. Hayman, for appellant. M. Stein, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

PAGE, Respondent, v. PAGE, Appellant, et al. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Charles M. Page against Mary A. Page, impleaded, etc. No opinion. Judgment unanimously affirmed, with costs.

---

PALMER, Appellant, v. PINARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Amos W. Palmer against Lucinda D. Pinard.

PER CURIAM. Appeal dismissed, with costs, including $10 costs of this motion, unless the appellant files and serves his printed papers on appeal herein within 60 days from service of a copy of this order with notice of entry hereof, upon condition that the attorney for the respondent deliver to the attorney for the appellant such necessary exhibits as are in possession of the respondent's attorney within 10 days, upon being called for by appellant's attorney. It is further ordered that the appeal herein be ready for argument or submission on Wednesday of the first week of the ensuing September term of this court. No costs allowed to either party on this motion.